OPEN ACCESS LAW, APC
Jason Theodore Soller (SBN 306137)
5815 W. Sunset Blvd., Ste. 206
Los Angeles, CA 90028
Telephone: (213) 401-4114
cm@oaxlaw.com

Attorneys for Plaintiff
JORGE LUNA

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JORGE LUNA,<br>Plaintiff,<br>vs.<br>INDIA'S CLAY PIT NOHO INC.; JEFFREY RIEL, AS TRUSTEE OF THE JEFFREY AND HEATHER RIEL 2024 TRUST; and DOES 1 to 10,<br>Defendants. | **Case No.: 8:26-cv-01580-FWS (JDEx)**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT INDIA'S CLAY PIT NOHO INC.** |

**PLEASE TAKE NOTICE** that Plaintiff JORGE LUNA (“Plaintiff”) pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses Defendant INDIA'S CLAY PIT NOHO INC. (“Defendant”) *without prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

(a) **Voluntary Dismissal.**

(1) *Without a Court Order*. Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

(i) A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, Defendant may be dismissed without an Order of the Court.

DATED: August 27, 2026

OPEN ACCESS LAW, APC

By: */s/ Jason Theodore Soller*

Jason Theodore Soller, Esq.
Attorneys for Plaintiff